# United States District Court



**Northern** District of **New York**

COPIES SENT
1/9/96 by plm
date

UNITED STATES OF AMERICA
v.
H. Jung
(Name of Defendant)

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 7:96-MG-0005

Eugene Renzi
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) (1) 8 USC 1325
☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 USC 1325 | Illegal Entry into U. S. | 1/2/96 | (1) |

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
JAN 3 1996

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☐ It is ordered that the defendant shall pay a special assessment of $ _____, for count(s) _____, which shall be due ☐ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Mailing Address:
_____
_____

Defendant's Residence Address:
_____
_____

January 3, 1996
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

Hon. Daniel Scanlon, Jr.
Name & Title of Judicial Officer

January 3, 1996
Date

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: Jung, H.
Case Number: 7:96-MG-0005

Judgment—Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Fifteen days, less time already served.

Defendant sentenced to fifteen days incarceration, with credit for time already served. Defendant to be released on January 17, 1996.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district,
    ☐ at _____ a.m./p.m. on _____ .
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____
United States Marshal

By _____
    Deputy Marshal