# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

CJA-20 (Rev. 11/90)

| Field | Value |
|---|---|
| 1. JURISDICTION | ☒ MAG. |
| 2. MAG. DOCKET NO. | 96m 5 |
| 3. DIST. CT. DOCKET NO. | |
| VOUCHER NO. | 0662763 |
| 4. APPEALS DOCKET NO. | |
| 5. FOR (DISTRICT/CIRCUIT) | |
| 6. LOC. CODE | |
| 7. CHARGE/OFFENSE | |
| 7A. CASE CODE | 87 |

**8. IN THE CASE OF** VS

**9. PERSON REPRESENTED (FULL NAME)**

**9A. NO. REPRES.** 1

**10. PERSON REPRESENTED (STATUS)**
1 ☒ DEFENDANT—ADULT

**12. PAYMENT CATEGORY**
B ☒ MISDEMEANOR

**13. COURT ORDER**
O ☒ Appointing Counsel

Date of Order: 1/2/96

Stamp: U.S. DISTRICT COURT N.D. OF N.Y. FILED JAN 10 1996 GEORGE A. RAY, CLERK SYRACUSE

## CLAIM FOR SERVICES OR EXPENSES

**20. GRAND TOTAL CLAIMED** $ 150.00

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** 1/3/96 TO

**22. IN COURT COMP.** $ 2.5

**26. TOTAL AMT. APPROVED/CERT.** $ 150.00

**27. SIGNATURE OF PRESIDING JUDICIAL OFFICER** DATE 1/4/96

**27A. JUDGE/MAG. CODE** 0650

COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA